IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER A. JEFFERSON and others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 11-2985 ) |
| R&S FITNESS CENTERS OF TENNESSEE, INC. and SPA FITNESS CENTER, INC., | ) ) ) ) |
| Defendants. | ) ) ) |

## ORDER OF DISMISSAL

Plaintiff Christopher A. Jefferson ("Jefferson") and Defendants R&S Fitness Centers of Tennessee, Inc. and Spa Fitness Center, Inc. (collectively "Defendants"), acting through their respective counsel, have submitted a proposed settlement for approval by the Court. The proposed settlement agreement has been signed by Jefferson and on behalf of Defendants and would resolve all issues between them.

The Court has reviewed the Confidential Settlement Agreement and Release of Claims evidencing the settlement and approves its terms. This matter is DISMISSED with prejudice.

So ordered this 11th day of July, 2013.

s/ Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE